

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00407-CV

_____

IN THE INTEREST OF L.B. AND L.W., CHILDREN

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-108951-18

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Justice Kerr

**MEMORANDUM OPINION**

Mother appeals from the trial court's judgment terminating her parental rights to Lauren and Larry.[1] *See* Tex. Fam. Code Ann. §§ 161.001(b)(1)(D), (E), (O), (P), (2). We affirm.

Mother's appointed appellate counsel has moved to withdraw and has briefed why Mother's appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967); *see also In re K.M.*, 98 S.W.3d 774, 776–77 (Tex. App.—Fort Worth 2003, order) (holding that this court applies *Anders* procedures in parental-rights-termination cases), *disp. on merits*, No. 02-01-00349-CV, 2003 WL 2006583, at *3 (Tex. App.—Fort Worth May 1, 2003, no pet.) (mem op.) (per curiam).

Counsel's brief meets *Anders*'s requirements by professionally evaluating the record and showing why Mother has no arguable grounds to put forward on appeal.

We instructed Mother to contact us if she wanted an opportunity to review the record and to file a response, but she did not respond. The Department notified us that it agreed with Mother's counsel that Mother has no arguable appellate grounds to advance.

Once an appellant's court-appointed attorney files a motion to withdraw on the ground that the appeal is frivolous and if the motion fulfills the *Anders* requirements,

---

[1]We use aliases to identify the children and refer to their mother simply as Mother. *See* Tex. Fam. Code Ann. § 109.002(d); Tex. R. App. P. 9.8(b)(2).

we must independently examine the record to determine if any arguable grounds for appeal exist. *See In re C.J.*, 501 S.W.3d 254, 255 (Tex. App.—Fort Worth 2016, pets. denied).

When performing this analysis, we consider the record, the *Anders* brief, and any pro se response. *In re M.D.*, No. 02-18-00426-CV, 2019 WL 2047813, at *1 (Tex. App.—Fort Worth May 9, 2019, no pet.) (mem. op.); *In re D.D.*, 279 S.W.3d 849, 850 (Tex. App.—Dallas 2009, pet. denied).

We have carefully reviewed counsel's brief and the appellate record.

Finding no reversible error, we agree with counsel that this appeal is without merit and affirm the trial court's judgment terminating Mother's parental rights to Lauren and Larry. *See M.D.*, 2019 WL 2047813, at *2; *D.D.*, 279 S.W.3d at 850.

Turning to counsel's motion to withdraw, because counsel has not shown good cause independent from her conclusion that the appeal is frivolous, we deny her withdrawal motion as premature. *See In re P.M.*, 520 S.W.3d 24, 27–28 (Tex. 2016) (order) (per curiam); *C.J.*, 501 S.W.3d at 255. Thus, counsel remains appointed in this appeal through proceedings in the supreme court unless otherwise relieved under Family Code Section 107.016(3)(C). Tex. Fam. Code Ann. § 107.016(3)(C); *M.D.*, 2019 WL 2047813, at *2; *see P.M.*, 520 S.W.3d at 27–28 ("In [the Texas Supreme] Court, appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief.").

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: April 9, 2020